1  ADANTE D. POINTER, ESQ., SBN 236229
   PATRICK BUELNA, ESQ., SBN 317043
2  POINTER & BUELNA, LLP
   LAWYERS FOR THE PEOPLE
3  Well Fargo Center
   1901 Harrison St., Suite 1140,
4  Oakland, CA 94612
   Tel: 510-929-5400
5  Email:  APointer@LawyersFTP.com
   Email:  PBuelna@LawyersFTP.com
6  Attorneys for Plaintiff

7

8                **UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 GERARDO RODRIGUEZ PACHECO, et al.   )   Case No.: 2:20-cv-01404-TLN-KJN
                                       )
12            Plaintiffs,               )   STIPULATION AND ORDER
                                       )   GRANTING PLAINTIFF(S) LEAVE TO
13 v.                                   )   FILE AMENDED COMPLAINT
                                       )
14 CITY OF STOCKTON, et al.             )
                                       )
15 .                                    )
                                       )
16                                      )
                                       )
17                                      )
                                       )
18 _____ )

19

20

21

22

23

24

25

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiffs filed their Complaint on July 13, 2020. (Doc. 1)

WHEREAS, Defendants filed a Motion to Dismiss on August 13, 2020. (Doc. 5)

WHEREAS, Plaintiffs filed a First Amended Complaint on August 17, 2020. (Doc.6).

WHEREAS, Defendants answered the First Amended Complaint on August 31, 2021.

WHEREAS, Plaintiffs' served Rule 34 Requests on or about September 16, 2020.

WHEREAS, Defendants served responses and responsive disclosures on or about December 3, 2020.

WHEREAS, after a review of Defendants disclosures, Plaintiffs identified Stockton Police Officers Christopher Knight, Ricardo Altamirano, Ryan Ogburn, and Benjamin Ratzlaff as potential Defendants and requested a stipulation from Defendants for leave to amend and name the aforementioned officers on or about January 18, 2021.

WHEREAS, the parties met and conferred and Defendants agreed to stipulate to grant Plaintiffs leave to file a Second Amended Complaint to Stockton Police Officers Christopher Knight, Ricardo Altamirano, Ryan Ogburn, and Benjamin Ratzlaff.

WHEREAS, there is no deadline to amend the pleadings.

WHEREAS, Plaintiffs have attached as an exhibit their proposed Second Amended Complaint.

WHEREAS, there is GOOD CAUSE to amend the complaint because Plaintiffs had the opportunity to review the disclosures and diligently requested leave to amend in order to name the involved officers.

IT IS SO AGREED.

Dated:  Marcy 9, 2021

       /s/_Patrick M. Buelna_____
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated:  March 9, 2021

/s/Sophia M. Retchless (auth. 3/9/ 2021)
SOPHIA RETCHLESS
Attorneys for Defendants

1 **IT IS SO ORDERED.**

2 DATED: March 9, 2021

3 Troy L. Nunley
United States District Judge