ADANTE D. POINTER, ESQ., SBN 236229
PATRICK BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gerardo Rodriguez Pacheco, et al. | Case No.: 2:20-cv-01404-TLN-KJN |
| Plaintiffs, | STIPULATION AND ORDER TO SET DISCOVERY DEADLINES |
| v. | |
| CITY OF STOCKTON, et al. | |
| . | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties met and conferred in order to set discovery deadlines as follows:

a) Non-expert Discovery Cutoff: **December 24, 2021**

b) Expert Witness Disclosures: **March 24, 2022**

c) Rebuttal Expert Witness Disclosures: **May 10, 2022**

d) Expert Discovery Cutoff: **July 7, 2022**

e) Dispositive Motion Deadline: **September 7, 2022**

WHEREAS, the parties respectfully stipulate and jointly request the Court to set the aforementioned discovery deadlines.

IT IS SO AGREED.

Dated: April 12, 2021

___/s/_Patrick M. Buelna____
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated: April 30, 2021

/s/Sophia M. Retchless (auth. 4/30/2021)
SOPHIA RETCHLESS
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: May 26, 2021

Troy L. Nunley
United States District Judge