**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208
Oakland, CA 94607
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIGUEZ PACHECO., et al., <br><br> Plaintiffs, <br> v. <br><br> CITY OF STOCKTON, et al., <br><br> Defendants. | CASE NO.: 2:20-cv-01404-TLN-KJN <br><br> STIPULATION AND ORDER TO MOVE FACT DISCOVERY DEADLINE |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties have been diligently working to schedule and take the remaining Depositions in the current case. Provided that parties have had to change dates and accommodations and due to impacted schedules of parties and deponents, the parties still have outstanding depositions to take that are necessary to the case, parties believe that extending the date for fact discovery will provide additional time to complete all necessary depositions and conclude essential discovery;

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Non-expert Discovery Cutoff: | December 24, 2021 |
| Expert Witness Disclosures: | March 24, 2022 |
| Rebuttal Expert Witness Disclosures: | May 10, 2022 |
| Expert Discovery Cutoff: | July 7, 2022 |
| Dispositive Motion Deadline: | September 7, 2022 |

WHEREAS, the parties met and conferred and agreed to extend the fact discovery deadline as proposed below:

Fact Discovery Cut-Off:    January 31, 2022

**IT IS SO AGREED.**

Dated: November 29, 2021        POINTER & BUELNA, LLP

/s/ Patrick M. Buelna
PATRICK M. BUELNA
Attorney for Plaintiff

Dated: December 6, 2021        CITY OD STOCKTON ATTORNEYS OFFICE

/s/ Sophia Retchless
SOPHIA RETCHLESS
Attorneys for Defendants

**IT IS SO ORDERED.**

**DATED: December 8, 2021**

Troy L. Nunley
United States District Judge