JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
SOPHIA M. RETCHLESS, Deputy City Attorney
State Bar No. 290200
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, a municipal entity; and C. KNIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIGUEZ PACHECO, an individual; A.R., N.R., and G.R., minors by and thru their guardian ad litem, MAYRA VILLASENOR,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal entity; C. KNIGHT, in his individual capacity as a police officer for the Stockton Police Department; and DOES 1-50, inclusive,<br><br>　　　Defendants. | Case No. 2:20-CV-01404-TLN-KJN<br><br>STIPULATION AND ORDER TO MOVE DISCOVERY DEADLINES |

　　　IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that:

　　　WHEREAS, the parties have been diligently working to schedule and take the remaining Depositions in the current case. Provided that parties have had to change dates and accommodations and due to impacted schedules of parties and deponents, the parties still have outstanding depositions to take that are necessary to the case, parties believe that extending the date for discovery deadlines will provide additional time to complete all necessary depositions and conclude essential discovery;

　　　WHEREAS, the current discovery schedule is set as:

　　　Non-expert Discovery Cutoff:　　　　　　　　　　　January 31, 2022

1

| | | |
|---|---|---|
| | Expert Witness Disclosures: | March 24, 2022 |
| | Rebuttal Expert Witness Disclosures: | May 10, 2022 |
| | Expert Discovery Cutoff: | July 7, 2022 |
| | Dispositive Motion Deadline: | September 7, 2022 |

WHEREAS, the parties met and conferred and agreed to extend the discovery deadline as proposed below:

| | | |
|---|---|---|
| | Non-expert Discovery Cutoff: | April 1, 2022 |
| | Expert Witness Disclosures: | May 23, 2022 |
| | Rebuttal Expert Witness Disclosures: | July 11, 2022 |
| | Expert Discovery Cutoff: | September 5, 2022 |
| | Dispositive Motion Deadline: | November 7, 2022 |

**IT IS SO AGREED.**

Dated:   POINTER & BUELNA, LLP

/s/ *Patrick M. Buelna*
PATRICK M. BUELNA
Attorneys for Plaintiffs

Dated: 1/31/2022   JOHN M. LUEBBERKE
CITY ATTORNEY

BY   /s/ *Sophia M. Retchless*
SOPHIA M. RETCHLESS
DEPUTY CITY ATTORNEY

Attorneys for Defendants
CITY OF STOCKTON, et al.

**IT IS SO ORDERED.**

**DATED:  February 2, 2022**

Troy L. Nunley
United States District Judge