```
1  LORI M. ASCUNSION, Acting City Attorney
   State Bar No. 238240
2  SOPHIA M. RETCHLESS, Deputy City Attorney
   State Bar No. 290200
3  425 N. El Dorado Street, 2nd Floor
   Stockton, CA  95202
4  Telephone: (209) 937-8333
   Facsimile: (209) 937-8898
5
   Attorneys for Defendants
6  CITY OF STOCKTON; et al.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIGUEZ PACHECO, an individual; A.R., N.R., and G.R., minors by and thru their guardian ad litem, MAYRA VILLASENOR,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal entity; C. KNIGHT, in his individual capacity as a police officer for the Stockton Police Department; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-CV-01404-TLN-KJN<br><br>STIPULATION AND ORDER TO MOVE DISCOVERY DEADLINES |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that:

WHEREAS, the parties have been diligently working to schedule and complete the discovery. The parties wish to enter into alternative dispute resolution in an effort to resolve the case more expeditiously and less expensively;

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Non-expert Discovery Cutoff: | May 6, 2022 |
| Expert Witness Disclosures: | June 23, 2022 |
| Rebuttal Expert Witness Disclosures: | August 23, 2022 |
| Expert Discovery Cutoff: | October 5, 2022 |

| | |
|---|---|
| Dispositive Motion Deadline: | December 7, 2022 |

WHEREAS, the parties met and conferred and agreed to extend the discovery deadline as proposed below:

| | |
|---|---|
| Non-expert Discovery Cutoff: | May 6, 2022 |
| Expert Witness Disclosures: | August 23, 2022 |
| Rebuttal Expert Witness Disclosures: | October 24, 2022 |
| Expert Discovery Cutoff: | December 5, 2022 |
| Dispositive Motion Deadline: | February 7, 2023 |

**IT IS SO AGREED.**

Dated: 05/05/2022                POINTER & BUELNA, LLP

*/s/ Patrick M. Buelna*
PATRICK M. BUELNA
Attorneys for Plaintiffs

Dated: 05/05/2022                JOHN M. LUEBBERKE
CITY ATTORNEY

BY    */s/ Sophia M. Retchless*
SOPHIA M. RETCHLESS
DEPUTY CITY ATTORNEY

Attorneys for Defendants
CITY OF STOCKTON, et al.

**IT IS SO ORDERED.**

DATED: May 26, 2022

Troy L. Nunley
United States District Judge