ADANTE D. POINTER, ESQ., SBN 236229
PATRICK BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs
Gerardo Rodriguez Pacheco; et al.

LORI M. ASUNCION, Acting City Attorney
State Bar No. 238240
SOPHIA M. RETCHLESS, Deputy City Attorney
State Bar No. 290200
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIGUEZ PACHECO, an individual; A.R., N.R., and G.R., minors by and thru their guardian ad litem, MAYRA VILLASENOR,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal entity; C. KNIGHT, in his individual capacity as a police officer for the Stockton Police Department; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-01404-TLN-KJN<br><br>**STIPULATION AND ORDER TO SET SETTLEMENT CONFERENCE**<br><br>Hon. Judge Troy L. Nunley |

Pursuant to Local Rule 143, the parties respectfully submit this stipulation to set a settlement conference for September 28, 2022 at 9:00 a.m. before Hon. Magistrate Judge Kendall J. Newman. Should the parties be unable to resolve the case amicably via their continued

1

STIPULATION TO SET SETTLEMENT CONFERENCE
Gerardo Rodriguez Pacheco; et al. v. City of Stockton, et al., 2:20-CV-01404-TLN-KJN

settlement discussions, the parties shall submit a Status Report to the Court with a revised scheduling order to resume the case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 26, 2022  **POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

_/s/ Patrick Buelna_
Patrick Buelna
Attorney for Plaintiffs

Dated: May 26, 2022  **OFFICE OF THE CITY ATTORNEY**

_/s/Sophia M. Retchless_
Sophia M. Retchless
Attorney for Defendants

### ORDER

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered:

A settlement conference is set for September 28, 2022 at 9:00 a.m. before Hon. Magistrate Judge Kendall J. Newman.

**IT IS SO ORDERED.**

DATED: May 26, 2022

Troy L. Nunley
United States District Judge

2

STIPULATION TO SET SETTLEMENT CONFERENCE
Gerardo Rodriguez Pacheco; et al. v. City of Stockton, et al., 2:20-CV-01404-TLN-KJN