**ADANTE D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LAWYERSFTP.COM
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

MICHAEL A. SLATER (SBN 318899)
**THE SLATER LAW FIRM, APC**
515 South Flower Street, 18th Floor
Los Angeles, California 90071
E-mail: mslater@theslaterlawfirmapc.com
Tel: (818) 645-4406

Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIGUEZ PACHECO., et al., | CASE NO.: 2:20-cv-01404-TLN-KJN |
| Plaintiffs, | STIPULATION AND ORDER TO EXTEND CASE DEADLINES |
| v. | |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and

Defendants by and through their designated counsel, that:

WHEREAS, the parties have completed fact discovery.

WHEREAS, the parties recently agreed attend settlement conference before Hon. Kendall Newman on September 28, 2022 (ECF 34).

WHEREAS, the parties met and conferred and wish to extend the case deadlines and – in particular – the expert disclosures to avoid costs to ascertain if the case can settle.

WHEREAS, the current case schedule is set as:

| | |
|---|---|
| Expert Witness Disclosures: | August 23, 2022 |
| Rebuttal Expert Witness Disclosures: | October 24, 2022 |
| Expert Discovery Cutoff: | December 5, 2022 |
| Dispositive Motion Deadline: | February 7, 2023 |

WHEREAS, the parties met and conferred and agreed to extend the expert discovery deadline as proposed below:

| | |
|---|---|
| Expert Witness Disclosures: | November 23, 2022 |
| Rebuttal Expert Witness Disclosures: | December 5, 2022 |
| Expert Discovery Cutoff: | January 4, 2023 |
| Dispositive Motion Deadline: | March 9, 2023 |

**IT IS SO AGREED.**

Dated: August 10, 2022                    POINTER & BUELNA, LLP

**/s/  Patrick M. Buelna**
PATRICK M. BUELNA
Attorneys for Plaintiff

///
///
///
///

Dated: August 10, 2022

LORI M. ASUNCION
ACTING CITY ATTORNEY

BY  /s/ *Sophia M. Retchless* (Auth. 8/10/2022)
SOPHIA M. RETCHLESS
DEPUTY CITY ATTORNEY

Attorneys for Defendants
CITY OF STOCKTON, et al.

**IT IS SO ORDERED.**

DATED:  August 11, 2022

Troy L. Nunley
United States District Judge