**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
LAWYERSFTP.COM
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

MICHAEL A. SLATER (SBN 318899)
**THE SLATER LAW FIRM, APC**
515 South Flower Street, 18th Floor
Los Angeles, California 90071
E-mail: mslater@theslaterlawfirmapc.com
Tel: (818) 697-3051

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIGUEZ PACHECO, an individual; and minors A.R, N.R. and G.R., by and through their Guardian Ad Litem, MAYRA VILLASENOR.<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal entity; CHRISTOPHER KNIGHT, in his individual capacity as a police officer for the Stockton Police Department; RICARDO ALTAMIRANO, in his individual capacity as a police officer for the Stockton Police Department; RYAN OGBURN, in his individual capacity as a police officer for the Stockton Police Department; BENJAMIN RATZLAFF, in his individual capacity as a police officer for the Stockton Police Department; and DOES 1-50, inclusive.<br><br>        Defendants. | Case No.: 2:20-cv-01404-TLN-KJN<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

POINTER & BUELNA, LLP · LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

Pursuant to Federal Rule of Civil Procedure ("Rule") 16, subdivision (b)(4), Plaintiff Gerardo Rodriguez Pacheco, an individual; and minors A.R, N.R. and G.R. (collectively, "Plaintiffs") ; and Defendants City of Stockton, Christopher Knight, Ricardo Altamirano, Ryan Ogburn and Benjamin Ratzlaff (collectively, "Defendants") (altogether collectively, the "Parties"); by and through their respective counsel in the above-captioned matter; have conferred, agree, and hereby stipulate as follows:

WHEREAS, on August 11, 2022, this Court ordered the following litigation deadlines:

- Designation of Expert Witnesses due by November 23, 2022;

- Rebuttal Expert Witnesses due by December 5, 2022;

- Expert Discovery cut-off is January 4, 2023;

- Dispositive Motions filed by March 9, 2023.

WHEREAS, on September 28, 2022, the Parties participated in a Settlement Conference before United States Magistrate Judge Kendall J. Newman, during which time the Parties were unable to settle this matter. (ECF No. 36.)

WHEREAS, on October 3, 2022, this Court ordered a Further Settlement Conference, which is scheduled to proceed on January 10, 2023. (ECF No. 39.)

WHEREAS, Rule 16, subdivision (b), permits a scheduling order to be modified for good cause.

WHEREAS, Plaintiffs contend that they need additional time to evaluate Plaintiffs' past and future medical / mental health needs and costs.

WHEREAS, Plaintiffs will need beyond the November 23, 2022 Expert Witness Designation deadline to designate their expert witnesses.

WHEREAS, the parties believe that a brief continuance of the pending deadlines will allow them to better prepare for and participate in the further MSC scheduled for January 10, 2023.

/ / /

/ / /

1

2

WHEREAS, Defendants associated in new counsel, Kevin E. Gilbert, Esq., as counsel of record on October 28, 2022. (ECF No. 40.)

3

4

5

WHEREAS, the Parties agree and respectfully contend that there is good cause under Rule 16, subdivision (b), for this Court to modify the scheduling order to permit additional time to retain experts and complete expert disclosures and discovery..

6

7

WHEREFORE, the Parties hereby stipulate and respectfully request that this Court modify the following litigation deadlines as follows:

8

- Designation of Expert Witnesses due by March 10, 2023;

9

- Rebuttal Expert Witnesses due by April 14, 2023;

10

- Expert Discovery cut-off is May 26, 2023;

11

- Dispositive Motions filed by June 23, 2023.

12

**IT IS SO STIPULATED.**

13

Dated:  November 9, 2022            **POINTER & BUELNA, LLP**

14

15

By:  **_/s/ Patrick M. Buelna_**

Patrick M. Buelna
Attorney for Plaintiffs

16

17

Dated:  November 9, 2022            **THE SLATER LAW FIRM, APC**

18

19

By:  **_/s/ Michael A. Slater_**

Michael A. Slater
Attorney for Plaintiffs

20

21

Dated:  November 9, 2022            **ORBACH HUFF + HENDERSON LLP**

22

23

By:  **_/s/ Kevin E. Gilbert_**

Kevin E. Gilbert
Attorney for Defendants

24

25

26

POINTER & BUELNA, LLP · LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

## **ATTESTATION OF CONCURENCE IN FILING**

In accordance with Eastern District Civil Local Rule 131(e), I, Michael A. Slater, attest that I have obtained concurrence in the filing of this documents from the other signatory listed above.

Dated:  November 9, 2022                    By:  */s/ Michael A. Slater*_____
                                                             Michael A. Slater

POINTER & BUELNA, LLP · LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

## <u>ORDER</u>

Pursuant to the above stipulation of the parties, IT IS ORDERED that the following litigation deadlines are modified as follows:

- Designation of Expert Witnesses due by March 10, 2023;

- Rebuttal Expert Witnesses due by April 14, 2023;

- Expert Discovery cut-off is May 26, 2023;

- Dispositive Motions filed by June 23, 2023.

**IT IS SO ORDERED.**

Dated: November 9, 2022

_____
Troy L. Nunley
United States District Judge

POINTER & BUELNA, LLP · LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400