POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIGUEZ PACHECO, an individual; and minors A.R, N.R. and G.R., by and through their Guardian Ad Litem, MAYRA VILLASENOR.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal entity; CHRISTOPHER KNIGHT, in his individual capacity as a police officer for the Stockton Police Department; RICARDO ALTAMIRANO, in his individual capacity as a police officer for the Stockton Police Department; RYAN OGBURN, in his individual capacity as a police officer for the Stockton Police Department; BENJAMIN RATZLAFF, in his individual capacity as a police officer for the Stockton Police Department; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 2:20-cv-01404-TLN-KJN<br><br>**ORDER GRANTING PETITIONS FOR APPOINTMENT OF GUARDIAN AD LITEM AND FOR APPROVAL OF MINOR'S COMPROMISE** |

# ORDER

**1.** Pursuant to the Petition for Appointment of Guardian Ad Litem of Petitioner Mayra Villasenor, IT IS HEREBY ORDERED that Mayra Villasenor is appointed Guardian Ad Litem for Minor Plaintiffs A.R (███████████), N.R. (███████████) and G.R. (███████) (collectively, the "Minor Plaintiffs") in the above-captioned lawsuit; and

**2.** The Petition for Approval of Minor's Compromise of Plaintiffs A.R, N.R. and G.R., by and through their Guardian Ad Litem Mayra Villasenor, IS HEREBY GRANTED, with the payment of attorneys' fees and costs being APPROVED as fair and reasonable; and

**3.** Within thirty (30) days of entry of this Order, Plaintiffs are directed to file with this Court: **(a)** proof of deposit of $62,500.00 into an interest-bearing blocked account at an FDIC insured financial institution (the "Institution") for the benefit of Plaintiff A.R. (███████); and **(b)** proof of disbursement of a $7,500.00 cashier's check from the Institution to Mayra Villasenor made payable to "Mayra Villasenor for the benefit of ███████."

**4.** Within thirty (30) days of entry of this Order, Plaintiffs are directed to file with this Court: **(a)** proof of deposit of $62,500.00 into an interest-bearing blocked account at an FDIC insured financial institution (the "Institution") for the benefit of Plaintiff N.R. (███████); and **(b)** proof of disbursement of a $7,500.00 cashier's check from the Institution to Mayra Villasenor made payable to "Mayra Villasenor for the benefit of ███████."

**5.** Within thirty (30) days of entry of this Order, Plaintiffs are directed to file with this Court: **(a)** proof of deposit of $62,500.00 into interest-bearing blocked accounts at an FDIC insured financial institution (the "Institution") for the benefit of Plaintiff G.R. (███████); and **(b)** proof of disbursement of a $7,500.00 cashier's check from the Institution to Mayra Villasenor made payable to "Mayra Villasenor for the benefit of ███████.

/ / /

/ / /

/ / /

6. Within twenty-one (21) days of submission of the proof of funding and disbursement required under Paragraphs 3, 4 and 5 of this Order, the Parties are directed to file a stipulation for dismissal of the action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: July 10, 2023

Troy L. Nunley
United States District Judge