**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
LAWYERSFTP.COM
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

MICHAEL A. SLATER (SBN 318899)
**THE SLATER LAW FIRM, APC**
1900 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
E-mail: mslater@theslaterlawfirmapc.com
Tel: (818) 697-3051

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIGUEZ PACHECO, an individual; and minors A.R, N.R. and G.R., by and through their Guardian Ad Litem, MAYRA VILLASENOR.<br><br>Plaintiffs,<br>v.<br><br>CITY OF STOCKTON, a municipal entity; CHRISTOPHER KNIGHT, in his individual capacity as a police officer for the Stockton Police Department; RICARDO ALTAMIRANO, in his individual capacity as a police officer for the Stockton Police Department; RYAN OGBURN, in his individual capacity as a police officer for the Stockton Police Department; BENJAMIN RATZLAFF, in his individual capacity as a police officer for the Stockton Police Department; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 2:20-cv-01404-TLN-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE PROOFS OF DEPOSIT FOR THE BENEFIT OF MINOR PLAINTIFFS** |

Plaintiff Gerardo Rodriguez Pacheco, an individual; and minors A.R, N.R. and G.R. (the "Minor Plaintiffs") (collectively, "Plaintiffs"); and Defendants City of Stockton, Christopher Knight, Ricardo Altamirano, Ryan Ogburn and Benjamin Ratzlaff (collectively, "Defendants") (altogether collectively, the "Parties"); by and through their respective counsel in the above-captioned matter; have conferred, agree, and hereby stipulate as follows:

WHEREAS, on May 5, 2023, the Parties participated in a settlement conference (their third) before Chief United States Magistrate Judge Kendall J. Newman, during which time the Parties reached a verbal settlement to globally resolve all of Plaintiffs' claims against all Defendants for $3,250,000.00 (the "Settlement Funds") in exchange for a release and settlement of all claims against all parties, with the Parties to bare their own fees and costs, and subject City Council and Board final approval (the "Proposed Settlement") (ECF No. 57);

WHEREAS, on or about June 8, 2023, the City Council and Board approved the Proposed Settlement;

WHEREAS, on June 22, 2023, Plaintiffs filed a Petition for Approval of Minor's Compromise (ECF No. 59), which this Court granted on July 11, 2023, together with which this Court ordered Plaintiffs to file, by August 10, 2023: (a) proof of deposit of $62,500.00 into interest bearing blocked accounts at an FDIC insured financial institution for the benefit of each Minor Plaintiff, and (b) proof of disbursement of a $7,500.00 cashier's check from said FDIC insured financial institution to Mayra Villasenor (Guardian Ad Litem to the Minor Plaintiffs) made payable to "Mayra Villasenor for the benefit of" each Minor Plaintiff (the "Deposit Obligations") (ECF No. 65);

WHEREAS, on or about August 1, 2023, counsel for Defendants sent and counsel for Plaintiffs received a check for the complete Settlement Funds;

WHEREAS, the Deposit Obligations can only be fulfilled with both counsel for Plaintiffs and Mayra Villasenor present at an FDIC insured financial institution during the time of deposit and withdrawal;

WHEREAS, counsel for Plaintiffs have been diligently coordinating with Mayra Villasenor to determine a mutually-agreeable time to fulfill their Deposit Obligations, but have been unable to do so to date;

WHEREAS, Defendants do not object to this Court continuing the Deposition Obligations deadline two (2) weeks to August 24, 2023;

WHEREFORE, the Parties respectfully request an order from this Court continuing the Deposition Obligations deadline two (2) weeks to August 24, 2023.

IT IS SO STIPULATED.

Dated:  August 10, 2023                    **POINTER & BUELNA, LLP**

                                           By: */s/ Patrick M. Buelna*
                                               Patrick M. Buelna
                                               Attorney for Plaintiffs

Dated:  August 10, 2023                    **THE SLATER LAW FIRM, APC**

                                           By: */s/ Michael A. Slater*
                                               Michael A. Slater
                                               Attorney for Plaintiffs

Dated:  August 10, 2023                    **ORBACH HUFF + HENDERSON LLP**

                                           By: */s/ Kevin E. Gilbert*
                                               Kevin E. Gilbert
                                               Attorney for Defendants

## ATTESTATION OF CONCURENCE IN FILING

In accordance with Eastern District Civil Local Rule 131(e), I, Michael A. Slater, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

Dated: August 10, 2023                     By: */s/ Michael A. Slater*
                                               Michael A. Slater

**ORDER**

Pursuant to the above stipulation of the Parties, IT IS ORDERED that Plaintiffs' deadline to file (a) proof of deposit of $62,500.00 into interest bearing blocked accounts at an FDIC insured financial institution for the benefit of each Minor Plaintiff and (b) proof of disbursement of a $7,500.00 cashier's check from said FDIC insured financial institution to Mayra Villasenor made payable to "Mayra Villasenor for the benefit of" each Minor Plaintiff is continued from August 10, 2023 to August 24, 2023.

**IT IS SO ORDERED.**

Dated: August 10, 2023

_____
Troy L. Nunley
United States District Judge