POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIGUEZ PACHECO, an individual; and minors A.R, N.R. and G.R., by and through their Guardian Ad Litem, MAYRA VILLASENOR.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal entity; CHRISTOPHER KNIGHT, in his individual capacity as a police officer for the Stockton Police Department; RICARDO ALTAMIRANO, in his individual capacity as a police officer for the Stockton Police Department; RYAN OGBURN, in his individual capacity as a police officer for the Stockton Police Department; BENJAMIN RATZLAFF, in his individual capacity as a police officer for the Stockton Police Department; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 2:20-cv-01404-TLN-KJN<br><br>**ORDER SEALING PLAINTIFFS' AMENDED ORDER GRANTING PETITIONS FOR APPOINTMENT OF GUARDIAN AD LITEM AND FOR APPROVAL OF MINOR'S COMPROMISE** |

Plaintiffs filed a REQUEST TO SEAL their **UNDREDACTED** AMENDED ORDER GRANTING PETITIONS FOR APPOINTMENT OF GUARDIAN AD LITEM AND FOR APPROVAL OF MINOR'S COMPROMISE. In accordance with Eastern District Local Rule 141 and to protect the identities of minor plaintiffs, the REQUEST TO SEAL IS GRANTED.

**IT IS SO ORDERED.**

Dated: April 23, 2024

Troy L. Nunley
United States District Judge